UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | DOCKET NO. 1:22-CR-77 |
| v. | ) | |
| | ) | **FACTUAL BASIS** |
| ALYSSA DANIELLE SEABOLT, | ) | |
| a/k/a "Alyssads1997" | ) | |
| _____ | ) | |

NOW COMES the United States of America, by and through Dena J. King, United States Attorney for the Western District of North Carolina, and hereby files this Factual Basis in support of the plea agreement filed simultaneously in this matter.

This Factual Basis is filed pursuant to Local Criminal Rule 11.2 and does not attempt to set forth all of the facts known to the United States at this time. By their signatures below, the parties expressly agree that there is a factual basis for the guilty plea(s) that the defendant will tender pursuant to the plea agreement, and that the facts set forth in this Factual Basis are sufficient to establish all of the elements of the crime(s). The parties agree not to object to or otherwise contradict the facts set forth in this Factual Basis.

Upon acceptance of the plea, the United States will submit to the Probation Office a "Statement of Relevant Conduct" pursuant to Local Criminal Rule 32.4. The defendant may submit (but is not required to submit) a response to the Government's "Statement of Relevant Conduct" within seven days of its submission. The parties understand and agree that this Factual Basis does not necessarily represent all conduct relevant to sentencing. The parties agree that they have the right to object to facts set forth in the presentence report that are not contained in this Factual Basis. Either party may present to the Court additional relevant facts that do not contradict facts set forth in this Factual Basis.

1. In 2021, law enforcement agencies in Ottawa, Canada began investigating a Canadian suspect involved in the online trade of child pornography. Through their investigation, Alyssa Danielle SEABOLT, a United States citizen

located in Cherokee County, North Carolina, was identified as having distributed files depicting child pornography to the Canadian suspect via the Snapchat social media platform.

2.  One of the files distributed by SEABOLT was a 32 second video depicting the vagina and anus of a two to three-year-old female. The file name associated with this video indicated that the video had been created on or about November 13, 2021.

3.  The information gathered by the Canadian law enforcement agencies was transferred to Homeland Security Investigations (HSI) for further investigation.

4.  On June 23, 2022, Special Agents with HSI conducted a consensual interview with SEABOLT at her home in Murphy, North Carolina. During the interview, SEABOLT admitted that she had produced the above-described video while babysitting the child at SEABOLT's home, and to distributing it via Snapchat. SEABOLT identified the child in the video as her friend's two-year-old daughter (MFV1).

5.  SEABOLT further stated that she believed she created the video in November 2021 and that she had used the Snapchat application on her iPhone to produce it.

6.  Snapchat operates via the Internet, a means and facility of interstate and foreign commerce.

7.  SEABOLT's iPhone was manufactured outside of North Carolina.

DENA J. KING
UNITED STATES ATTORNEY

Alex Scott

Alexis I. Solheim
ASSISTANT UNITED STATES ATTORNEY

## Defendant's Counsel's Signature and Acknowledgment

I have read this Factual Basis, the Bill of Indictment, and the plea agreement in this case, and have discussed them with the defendant. Based on those discussions, I am satisfied that the defendant understands the Factual Basis, the Bill of Indictment, and the plea agreement. I hereby certify that the defendant does not dispute this Factual Basis.

_____          DATED: 4-6-23
Fredilyn Sison, Attorney for Defendant