Name: Orlando Marino Santizo Cabura
Address: ███████████
Phone: (423)███████

Hello, I am Alyssa's boyfriend, I am a Christian man I attend church three times a week, I help coaching the "2nd Chance" boxing gym every Thursday located in Athens, TN and I am a window tinter. I have known Alyssa Seabolt since the beginning of June 2022, and we met on a dating app. She told me how difficult her life has been since she was a kid, growing up without her parents was hard for her, all she has been through, making rough decisions, hanging out with the wrong people. I think because she didn't know God back then as she does now, she is a very strong woman with a great heart I know she has a lot of potential to make a lot of changes for the better in her life now that she is walking with God. She and I talk every day, when she got in jail I started talking to her about God, at first, she would listen but struggle receiving it because she was not used to it and then she started receiving it, she started reading the bible and going to the church services they make in there and little by little her eyes started opening spiritually and she started seeing things different. I remember a little after I met her she told me that she wanted to get two more tattoos because she already has two, and that she knows God I asked he a couple of months ago if she still wants to get two more tattoos and she said "no more, I don't even know how to get of the two I already have." Another time she told me that being in jail is so stressful and hard but at the same time she said it was necessary for her to be there in order to meet God and change her life, she didn't know God like this before. The first time she sent me letters from jail before meeting God she would just say how things are in there and what she would do every day and stuff like that but since she met God her letters are very different because she talks a lot about God and she is very grateful for what God has done in her life. She got baptized in there, she is been doing bible studies and reading Christian books as well. God has been molding he and working in her life amazingly and I am very happy for her because she is fighting for her salvation and to have a better life with God and that is the most important thing. I am very proud of her.

Thank you for you time, God Bless.

Sincerely:

Orlando Santizo

Kathy Roberts

Murphy,
828

May 5, 2023

The Honorable Martin Reidinger
U.S. Courthouse
Asheville, NC

Your Honor,

My name is Kathy Roberts. I am Alyssa Seabolt's maternal grandmother. I have tried my best to be the "constant" in Alyssa's life. I don't think I could love her more if I had given birth to her myself.

Her father passed away when she was 7, in 1994. Her mom, my oldest daughter, developed a substance abuse issue and DSS stepped in. Alyssa and her 4 siblings were placed with me for several months until DSS decided to separate the children into different foster homes. I fought for them for 4 1/2 years until Alyssa and her brother made their way back to the family. They were adopted by their paternal grandfather.

Alyssa has always been a very kind and responsible person with a very strong maternal instinct. Alyssa stepped up as a parental figure with her siblings at a very young age.

Your Honor, I don't know what Alyssa endured during the time she was in foster care because she doesn't talk about it, but I'm sure it has had an impact on her even in her adult life.

As Alyssa became an adult, she has been a very responsible young woman. She's a hard working and dependable person, which lead to promotions at her job.

When she became a mom, I was so proud of her! She was amazing! Alyssa was such a loving and caring mom. Alyssa's son was always clean and dressed so nicely. He was such a happy baby and to this day Alyssa is his favorite person in the world.

Alyssa went to church with me often as a child, but I think she drifted away from church during the time she was in foster care and after. I can happily report that she is now very active with church services and reading her Bible. Her faith has become so very strong, which I am thankful for.

Your Honor this is a very brief history review, and I could actually go on for pages and pages, but I won't. I want you to know how much Alyssa is loved and what a beautiful person Alyssa is, inside and out. She has never been in any kind of trouble in her life, with exception of a speeding ticket. Alyssa was so upset about getting a ticket she asked me to go to court with her... I truly believe that when Alyssa comes home she will be able to step right back into being a hard working, responsible young woman.

If I can give you any more additional information, my phone number is 828-837-6128.

Sincerely,

Kathy Roberts