Heather Ramsey
785 Dinkins Creek Rd.
Murphy NC 28906
(8280 557-3168

May 30.2023

The Honorable Martin Reidinger
U.S. Courthouse
Asheville. NC

FILED IN COURT
ASHEVILLE, NC

FEB 29 2024

U.S. DISTRICT COURT
W. DISTRICT OF N.C.

Your Honor

My name is Heather Ramsey. I am Alyssa Seabolt's biological mom. I am writing to you to let you know what kind of person my daughter is. In my opinion she is one of the bravest and most courageous people I know.

She is the oldest of all my children. My third child Anthony died of SIDS when Alyssa was 3 years old. She grieved not just as a sister but almost as a mom when he passed. She loved nothing more than being a big helper with him.

When Alyssa was 7 her dad passed away. Another huge loss for her which in turn changed everything in her life. My own depression and grief started me down a downward spiral of opiate addiction. I eventually lost all of my children and went to prison. I am now 2 ½ years clean and sober and am working on rebuilding relationships with all of them. I am so proud of each of them and their accomplishments.

Despite all of the moving from foster home to foster home Alyssa remained hopeful that she would be reunited with her family and she eventually was. She doesn't talk much about her time in foster care but as a mom I have worries and fears of what she went through.

When she was 18 she became involved in a relationship that ended up not being good/ Her son was born of that relationship. Shortly after he was born she realized that the relationship was not a healthy one and left to start a life for her and her son. She got a job first and saved every penny she could to get a car and an apartment. I was so proud of her for her dedication. She's such a good mom. He was such a happy and well cared for baby.

She has helped her siblings whenever they needed it. She is a very loving and soft hearted young woman. She would go without things to make sure that her baby or siblings had what they needed.

I honestly believe that Alyssa will return to being a very productive and hard working woman when she returns home. She has never been in any kind of trouble in her life before now and I truly believe she will never be in trouble again.

Thank you

Heather Ramsey
(828) 557-3169